No. 850

KADUNC, et v. URANKAR

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 7684. Decided Nov. 8, 1926.

**First Publication of this Opinion**

480. EVIDENCE. — Introduction, in evidence, of tax receipt instead of tax book which would be best evidence, mere technical error and not ground for reversal.

Error to Municipal Court.
Judgment affirmed.
A. J. Zuzek, Cleveland, for Kadunc, et.
J. L. Mihelich, Cleveland, for Urankar.

FULL TEXT.

VICKERY, J.

This cause comes into this Court on a petition in error to the Municipal Court of the City of Cleveland.

The sole question involved in the discussion of this case before the court, and the sole error complained of, was that the best evidence was not introduced. It seems that the plaintiffs in error owned some real property which was sold to the defendant in error, and either the deed or the agreement recited that a certain portion of the taxes should be borne by the vendor the plaintiffs in error and not only borne, but paid by him. The title was transferred and defendant in error took possession of the property. When the taxes became due they were not paid by the plaintiffs in error and the defendant in error was called upon to pay the taxes. He thereupon brought the action to recover the money that he had thus been compelled to pay that the plaintiffs in error were liable for.

Now the plaintiffs in error admit this agreement and admit that the taxes should have been paid by them and admit that they did not pay them, the sole complaint being that on the trial of the action instead of the defendant in error producing the tax books, which would be the best evidence, he claims he introduced a receipt signed by the County

Treasurer, which set up that the taxes which had been levied and assessed upon this property had been paid by him.

We do not think that there is any merit in this defense. It is more than technical, and if we were to reverse cases where it is admitted that the liability exists, as it is admitted in this case, we would be doing at least a rash thing in the administration of the law. There was no question but what the tax bill was taken by the auditor from the books and that the bill was put in the hands of the county Treasurer and that the taxes were charged against this land, and the bill shows conclusively that they were paid by the defendant in error.

We think justice was done in this case, and the error, if any, was purely technical, and it would avail nothing to reverse the case if we were so disposed. However, we do not feel disposed to reverse the case, and it is affirmed.

(Levine, PJ. and Sullivan, J., concur in judgment.)

# MONTHLY CASE LAW NOTES

(1) 13813 Carlstrom 11-30—Evan 4 Ohio, 331. Kearns v. Schoonmaker.
Followed: Blake Co. v. Chesapeake & O. Ry. Co., OA. 5 Abs. 666.

20 Ohio, 402. Morgan v. Mason.
Followed: Clement v. Fishler et, OA. 5 Abs. 663.

10 OS. 287. Allen v. State.
Distinguished: Stevens et v. State, OA. 5 Abs. 691.

13 OS. 544. Railroad v. Railroad.
Cited: Link et v. Burke et, OA. 5 Abs. 676.

17 OS. 270. Randall v. Turner.
Followed: Sheffield v. Sharp, OA. 5 Abs. 684.

18 OS. 92. Hatch v. Railroad Co.
Followed: Pifer v. Rochester Township Bd. Ed., OA. 5 . Abs. 731.

28 OS. 643. Malone vs. Toledo.
Followed: Pifer v. Rochester Township Bd. Ed., OA. 5 Abs. 731.

34 OS. 541. Malone v. Toledo.
Followed: Pifer v. Rochester Township Bd. Ed., OA. 5 Abs. 731.

34 OS. 552. Chamberlain v. Cleveland.
Cited: Howell et v. Groveport (Vil.), OA. 5 Abs. 732.

39 OS. 215. Walters v. State.
Followed: Stevens et v. State, OA. 5 Abs. 691.

39 OS. 249. Smith v. Hoover.
Followed: Adams v. Trepanier Lumb. Co., OS. 5 Abs. 686.

43 OS. 178. Tiffin v. Shawhen.
Cited: Link et v. Burke et, OA. 5 Abs. 676.

46 OS. 575. Bank v. Cunningham.
Followed: Clement v. Fishler et, OA. 5 Abs. 663.

53 OS. 621. Grever & Sons v. Taylor.
Followed: Lorain Co. Sav. & Tr. Co. et v. Haynes, OA. 5 Abs. 723.

54 OS. 162. Railroad Co. v. Smith.
Followed: Green et v. Ward, OA. 5 Abs. 694.

55 OS. 145. Aultman, Miller & Co. v. Wilson.
Cited: Yockey et v. Bucher et, OA. 5 Abs. 726.

56 OS. 463. Baker v. Rice.
Followed: Clement v. Fishler et, OA. 5 Abs. 663.

58 OS. 123. Voight v. R. R. Co.
Distinguished: Pifer v. Rochester Township Bd. Ed., OA. 5 Abs. 731.

62 OS. 41. Bank vs. Beebe.
Cited: Lorain Co. Sav. & Tr. Co. et v. Haynes, OA. 5 Abs. 723.

66 OS. 566. State v. Cook.
Followed: Bittinger v. Bittinger, OA. 5 Abs. 707.

67 OS. 106. Gillette v. Tucker.
Cited: Searer v. Lower, OA. 5 Abs. 708.

81 OS. 121. Ginn v. Dolan.
Distinguished: Lupo et v. Reisner, OA. 5 Abs. 650.

87 OS. 72. Poage In Re.
Distinguished: Lee, In Re., Prob. Ct., 5 Abs. 670.

87 OS. 401. Palmer v. Huminston.
Distinguished: Searer v. Lower, OA. 5 Abs. 708.

90 OS. 175. Dayton (City) v. Rhotehamel, Admr.
Followed: James v. Oakwood (Vil.), OA. 5 Abs. 667.

90 OS. 311. State ex Gongweir v. Graves.
Followed: State ex Clay v. Madigan et, OA. 5 Abs. 643.

95 OS. 232. Fassig v. State ex.
Followed: Slanina v. Indust. Com., OS. 5 Abs. 734.

96 OS. 90. Patterson v. State.
Followed: Stevens et v. State, OA. 5 Abs. 691.

96 OS. 280. Hankin v. Guaranty Co.
Cited: International Tel. Co. v. Aetna Cas. & Surety Co., OA. 5 Abs. 679.

96 OS. 374. Kiley v. Hall.
Followed: Baysinger v. Black et, OA. 5 Abs. 660.
Cited: Thompson v. Ketter et, OA. 5 Abs. 710.

97 OS. 164. State ex Coles, Jr. v. Shook et.
Followed: Hawalenic v. Potaniec, OA. 5 Abs. 693.

98 OS. 251. State ex Ohio Hair Products Co. v. Rendigs.
Followed: Cahn v. Guion, OA. 5 Abs. 696.

99 OS. 361. Bowers v. Santee.
Followed: Searer v. Lower, OA. 5 Abs. 708.

99 OS. 406. State ex v. Dauben.
Cited: Cahn v. Guion. OA. 5 Abs. 696.

100 OS. 274. Maple Heights v. Holtz.
Distinguished: Howell et v. Groveport (Vil.), OA. 5 Abs. 732.

101 OS. 196. Penn. Co. v. Hart.
Distinguished: Collingwood Brick & Clay Co. v. McCarthy, Admr., OA. 5 Abs. 665.

101 OS. 358. State ex v. Smith, Secy. of State.
Followed: State ex Clay v. Madigan, OA. 5 Abs. 643.

102 OS. 1. Indust. Com. v. Weigandt.
Followed: Slanina v. Indust. Com., OS. 5 Abs. 734.

102 OS. 94. Dering v. Cleveland (City).
Distinguished: James v. Oakwood (Vil.), OA. 5 Abs. 667.

103 OS. 541. State v. Norman.
Followed: Stevens et v. State, OA. 5 Abs. 691.

104 OS. 312. Craig et v. Welply et.
Supporting: De Witt v. Schweitzer, OA. 5 Abs. 729.

104 OS. 487. Railway & Light Co. v. Leedy.
Followed: Cleve. Ry. Co. v. Marvin et, OA. 5 Abs. 725.

104 OS. 519. O'Day v. Shouvlin.
Followed: Adams v. Gorrell, OA. 5 Abs. 649.

105 OS. 123. Long v. Cassiero.
Cited: Boyer v. Maloney, OA. 5 Abs. 728.

105 OS. 471. Wells, Jr. v. Wells.
Supporting: DeWitt v. Schweitzer, OA. 5 Abs. 729.

105 OS. 570. State ex Marcolin v. Smith.
Followed: State ex Ammerman v. Sprague et, OS. 5 Abs. 702.

106 OS. 243. Shelton v. State.
Followed: Stevens et v. State, OA. 5 Abs. 691.

107 OS. 133. Carey v. Conn.
Followed: Van Nostran et v. Leubitz, OA. 5 Abs. 664.

107 OS. 223. Cincinnati v. Cook.
Followed: Adams v. Gorrell, OA. 5 Abs. 649.

107 OS. 307. Holt v. State.
Followed: Stevens et v. State, OA. 5 Abs. 691.